# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2012

Robert P. Young, Jr.,
Chief Justice

144057-8

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

LILJANA DJELAJ,
      Plaintiff-Appellee,
and

AAA OF MICHIGAN,
      Intervening Plaintiff-Appellee,

v

                              SC: 144057-8
                              COA: 292090-1

RGIS INVENTORY SPECIALISTS and
ZURICH AMERICAN INSURANCE
COMPANY,
                              WCAC: 08-000247

RGIS INVENTORY SPECIALISTS and
ZURICH AMERICAN INSURANCE
COMPANY,
      Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the October 13, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2012                                      _____
                                               Clerk

t0227